**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7749**

———————————

JAMES MAXWELL GIBSON,

                                    Petitioner - Appellant,

        versus

THOMAS R. CORCORAN, Warden; J. JOSEPH CURRAN,
JR., The Attorney General of the State of
Maryland,

                                    Respondents - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-97-
1209-L)

———————————

Submitted:  April 29, 1998          Decided:  May 14, 1998

———————————

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

James Maxwell Gibson, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Annabelle Louise Lisic, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. Gibson v. Corcoran, No. CA-97-1209-L (D. Md. Nov. 6, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED